IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STEPHEN THALER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20cv903 (LMB/TCB) |
| ) | |
| ANDREI IANCU, in his official capacity as ) | |
| Under Secretary of the United States Patent ) | |
| and Trademark Office, et. al., ) | |
| ) | |
| Defendants. | |

ORDER

To address a conflict in the Court's schedule, it is hereby

ORDERED that the hearing on the parties' cross motions for summary judgment [Dkt. Nos. 18 and 23] be and is RESCHEDULED from March 29, 2021 at 10:00 am to April 6, 2021 at 10:00 am. The hearing will take place by teleconference.

**To join the tele-conference, at 10:00 am on Tuesday, April 6, 2021, the parties should dial 1-877-336-1829 and use the access code 8896301. If prompted for a security code, reenter the access code.** If at all possible, the attorneys who will be speaking during the tele-conference should dial in using land line telephones. Other counsel and the general public are able to call in to the same phone number using the same access code but will be in listen-only mode.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 24 day of March, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge