MAILROOM
APR 16 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Mitchell Apper, *pro se*
*Sukkat Shalom* 1/15
Jerusalem, 943051
Israel
mapper@pobox.com
(+972) 58-659-7088

| | |
|---|---|
| Stephen Thaler, an individual<br><br>Plaintiff,<br><br>v.<br><br>Andrei IANCU, in his official capacity as Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, and United States Patent and Trademark Office<br><br>Defendant. | Case No. 1:20-cv-00903<br><br>Hearing Date: 3/29/2021<br>Time: 10:00 a.m.<br><br>**[PROOF OF SERVICE FOR AMICUS CURIAE MOTION AND MEMORANDUM OPPOSING MOTION FOR SUMMARY JUDGMENT]** |

Dated this 24rd day of February, 2021

/s/ Mitch Apper

Mitchell Apper, *pro se*

In connection with the "Motion to Take Leave – Amicus Curiae" and the Amicus Curiae Memorandum that I filed with this Court on 23 February, 2021, I served plaintiff Stephen Thaler by email and the USPTO staff by email on that same date, 23 February, 2021.

Both parties acknowledged by email that they received said documents.

Please see the attached emails which evidence this proof of service. Thank you.

/s/ Mitchell Apper

Mitchell Apper, *pro se*

**Re: Service of Amicus Curiae Motion and Memorandum in Opposition to MSJ; Stephen Thaler v. Andrei Iancu (USPTO) - Case 1:20-cv-00903 (Eastern District of Virginia)**

Ryan Abbott <ryan@bnsklaw.com>
To: Mitchell Apper; Geoff Neri
Today at 12:39 AM

Mr. Apper,

We've received your documents. Thanks for your interest in the case.

Best regards,

Ryan

**Ryan Abbott**
Partner
ryan@bnsklaw.com
T 310-593-9890 | C 310-699-4431 | F 310-593-9980
Brown, Neri, Smith & Khan, LLP | 11601 Wilshire Blvd., Suite 2080 | Los Angeles, CA 90025
bnsklaw.com | @BNSKLAW

This message and any attached documents contain information that may be confidential or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.

---

**From:** Mitchell Apper <mapper@pobox.com>
**Date:** Tuesday, February 23, 2021 at 11:15 AM
**To:** Geoff Neri <geoff@bnsklaw.com>, Ryan Abbott <ryan@bnsklaw.com>
**Subject:** Service of Amicus Curiae Motion and Memorandum in Opposition to MSJ; Stephen Thaler v. Andrei Iancu (USPTO) - Case 1:20-cv-00903 (Eastern District of Virginia)

Hi Mr. Abott and Mr Neri,

Earlier today I sent you both some documents: a Memorandum and a Motion, that I submitted to the Court as an amicus.
Would you kindly shoot me an email confirmation that you received the email with the documents that I sent?
Thank you.

Best regards,
Mitch Apper
mapper@pobox.com



**RE: Service of Amicus Curiae Motion and Memorandum in Opposition to MSJ; Stephen Thaler v. Andrei Iancu (USPTO) - Case 1:20-cv-00903 (Eastern District of Virginia)**

Barghaan, Dennis (USAVAE) <Dennis.Barghaan@usdoj.gov>  
To: Mitchell Apper; Cc: Meredith.Schoenfeld@USPTO.GOV; Laura.Peterson@USPTO.GOV; ChongR.Kim@USPTO.GOV

Today at 1:54 PM

They were received, Mr. Apper. Thank you.

Dennis Barghaan  
Deputy Chief, Civil Division  
Eastern District of Virginia  
(703) 299-3891

From: Mitchell Apper <mapper@pobox.com>  
Sent: Wednesday, February 24, 2021 6:53 AM  
To: Barghaan, Dennis (USAVAE) <DBarghaan@usa.doj.gov>  
Cc: Meredith.Schoenfeld@USPTO.GOV; Laura.Peterson@USPTO.GOV; ChongR.Kim@USPTO.GOV  
Subject: Service of Amicus Curiae Motion and Memorandum in Opposition to MSJ; Stephen Thaler v. Andrei Iancu (USPTO) - Case 1:20-cv-00903 (Eastern District of Virginia)

Hi Mr. Barghaaan, Mr. Kim, Ms. Peterson and Ms. Schoenfeld,

Yesterday I sent you both some documents: a Memorandum and a Motion, that I submitted to the Court as an *amicus*.  
Would you kindly shoot me an email confirmation that you received the email with the documents that I sent?  
Thank you.

Best regards,  
Mitch Apper  
mapper@pobox.com