IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STEPHEN THALER,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW HIRSHFELD, Performing the<br>    Functions and Duties of the Under Secretary<br>    of Commerce for Intellectual Property and<br>    Director of the United States Patent and<br>    Trademark Office, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)    1:20-cv-903 (LMB/TCB)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment [Dkt. No. 23] is GRANTED and Plaintiff's Motion for Summary Judgment [Dkt. No. 18] is DENIED. Accordingly, it is hereby

ORDERED that judgment be and is entered in favor of defendants; and it is further

ORDERED that the Motion to Take Leave to Accept Attached Amicus Curiae Memorandum Opposing MSJ and Motion to Waive Fees [Dkt. No. 27] filed by Mitchell Apper be and is GRANTED.

The Clerk is directed to enter judgment in defendants' favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order and accompanying Memorandum Opinion to counsel of record, and close this civil action.

Entered this 2nd day of September, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge