# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Stephen Thaler | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20cv903 |
| | ) |
| Andrei Iancu, et al | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

Pursuant to the order of this Court entered on September 2, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants and against the Plaintiff.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
  D. Van Metre
  Deputy Clerk

Dated: 09/02/2021
Alexandria, Virginia